# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PABLO CAHUEC-CASTRO, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Case No. : 3:11-cv-928 |
| *v.* ) | |
| ) | Judge Campbell |
| LEE CLARK WORSHAM, *et al.*, ) | Magistrate Judge Knowles |
| ) | |
| *Defendants*. ) | |

## PROTECTIVE ORDER
## REGARDING IMMIGRATION-RELATED INFORMATION

This Court having considered Plaintiffs' Motion for a Protective Order Regarding Immigration Status, and in the absence of any opposition to Plaintiff's Motion from any party, the Court finds good cause to preclude Defendants from eliciting discovery from Plaintiffs or third-party witnesses pertaining to the immigration status of Plaintiffs and third-party witnesses in this matter.

Accordingly, IT IS ORDERED that Plaintiffs' Motion for a Protective Order Regarding Immigration-Related Information IS HEREBY GRANTED AS FOLLOWS:

1. Defendants may not seek documents or elicit from Plaintiffs or third-party witnesses information concerning the past or present immigration status of any Plaintiff or third-party witness.

2. Information concerning past or present immigration status that is subject to the limitations in this Order includes:

    a. Plaintiffs' and third-party witnesses' national origin and place of birth;

1

b. Plaintiffs' and third-party witnesses' entry into the United States;

c. Plaintiffs' and third-party witnesses' crossing of the United States borders;

d. Plaintiffs' and third-party witnesses' ability to work in the United States;

e. Plaintiffs' and third-party witnesses' tax returns, W-2 statements, and 1099 forms; and

f. Plaintiffs' and third-party witnesses' social security numbers, social security cards, tax identification numbers, passports, visas, identification cards, and driver licenses.

SIGNED and ENTERED this ___ day of January, 2013.

_____
Hon. E. Clifton Knowles
United States Magistrate Judge