UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PABLO CAHUEC-CASTRO, *et al.*,   )<br>)<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>LEE CLARK WORSHAM, *et al.*,   )<br>)<br>Defendants.   ) | Case No. 3:11-cv-0928<br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE KNOWLES |

## JOINT NOTICE OF COMPROMISE AND SETTLEMENT

Come now the parties, by and through their respective counsel, and hereby give notice to the Court that the parties have reached an agreement to compromise and settle all matters at issue in this litigation. A Settlement Agreement is being drafted which will incorporate all terms of the agreement, and following its review and consummation by the parties, an Agreed Order of Dismissal will be submitted within thirty (30) days.

Respectfully submitted,

JERRY E. MARTIN

United States Attorney
Middle District of Tennessee

S. DELK KENNEDY
Assistant United States Attorney

By: /s Michael L. Roden
MICHAEL L. RODEN (BPR 010595)
Assistant United States Attorneys
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

Elliott Ozment (BPR 4331)  
Tricia Herzfeld (BPR 26014)  
/s R. Andrew Free  
R. Andrew Free (BPR 30515)  
OZMENT LAW  
1214 Murfreesboro Pike  
Nashville, TN 37217  
(615) 321-8888  
(615) 321-5230 (fax)  
Elliott@ozmentlaw.com  
tricia@ozmentlaw.com  
afree@ozmentlaw.com  

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically delivered via this Court's ECF/CM system on this date to the following recipients:

S. DELK KENNEDY, JR.  
Assistant United States Attorney  
110 9th Avenue South, Suite A-961  
Nashville, Tennessee 37203-3870  

MICHAEL L. RODEN  
Assistant United States Attorney  
110 9th Avenue South, Suite A-961  
Nashville, Tennessee 37203-3870  

*Counsel for ICE Defendants*

s/R. Andrew Free_____  
R. Andrew Free BPR# 30513  
