IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PABLO CAHUEC-CASTRO, et al. | ) |
| | ) |
| v. | ) NO. 3-11-0928 |
| | ) JUDGE CAMPBELL |
| LEE CLARK WORSHAM, et al. | ) |

ORDER

The parties filed a Joint Notice of Compromise and Settlement (Docket No. 52) on February 4, 2013, indicating that all matters in dispute herein had been resolved. In that Notice, the parties also represented that they would submit an Agreed Order of Dismissal within thirty days, which they have failed to do.

Accordingly, this action is DISMISSED, subject to being reopened if the settlement is not consummated. The Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for June 17, 2013, and the jury trial set for June 25, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE